IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ewing, Margie Lee | Case Number: 04 B 38133 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 10/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 8, 2009
Confirmed: December 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,566.54 | |
| Secured: | | 11,632.59 |
| Unsecured: | | 3,839.03 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,028.38 |
| Other Funds: | | 366.54 |
| Totals: | 19,566.54 | 19,566.54 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Americredit Financial Ser Inc | Secured | 11,632.59 | 11,632.59 |
| 3. | Nationwide Acceptance Corp | Unsecured | 126.08 | 451.68 |
| 4. | Americredit Financial Ser Inc | Unsecured | 350.34 | 1,254.75 |
| 5. | World Financial Network Nat'l | Unsecured | 7.26 | 26.01 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 395.00 | 1,414.77 |
| 7. | RoundUp Funding LLC | Unsecured | 28.94 | 103.66 |
| 8. | SBC | Unsecured | 20.56 | 73.64 |
| 9. | RoundUp Funding LLC | Unsecured | 95.17 | 340.85 |
| 10. | Specialized Management Consultants | Unsecured | 48.48 | 173.67 |
| 11. | Bank One | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | City Of Chicago | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Village of Oak Lawn | Unsecured | | No Claim Filed |
| 17. | Medical Payment Data | Unsecured | | No Claim Filed |
| 18. | Subscription Publishers | Unsecured | | No Claim Filed |
| 19. | Sinai Health System | Unsecured | | No Claim Filed |
| 20. | Trustmark | Unsecured | | No Claim Filed |
| 21. | Household Bank FSB | Unsecured | | No Claim Filed |
| | | | $ 15,404.42 | $ 18,171.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ewing, Margie Lee

Printed: 02/17/09

Case Number: 04 B 38133
Judge: Hollis, Pamela S
Filed: 10/13/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 107.99 |
| 4% | 51.68 |
| 3% | 33.23 |
| 5.5% | 203.02 |
| 5% | 55.38 |
| 4.8% | 115.18 |
| 5.4% | 424.77 |
| 6.6% | 37.13 |
| | $ 1,028.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

